UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                       :
LUIS TORO,                                             :
                                                       :
                              Plaintiff,               :
                                                       :               22-CV-10552 (VSB)
               -against-                               :
                                                       :                   **ORDER**
PEG PEREGO U.S.A., INC.,                               :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------- X


VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on December 14, 2022, (Doc. 1), and filed an affidavit of service on January 3, 2023, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was January 24, 2023.  (*See* Doc. 5.)  On January 24, 2023, Defendant filed a letter and stipulation requesting an extension of time to respond to the complaint.  (Doc. 7.)  I granted this request and gave Defendant until March 20, 2023, to respond to the complaint.  (Doc. 8.)  To date, Defendant has still not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 5, 2023.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 22, 2023
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge